1 | **K&L GATES LLP**
2 | 10100 Santa Monica Boulevard
3 | Eighth Floor
4 | Los Angeles, CA 90067
5 | Telephone: +1 310 552 5000
6 | Facsimile: +1 310 552 5001

Christina N. Goodrich (SBN 261722)
christina.goodrich@klgates.com
Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
Lauren E. Elvick (SBN 348619)
lauren.elvick@klgates.com

Attorneys for Respondent
CHINA BRANDS GROUP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FRANK LIMITED,<br><br>    Petitioner,<br><br>vs.<br><br>CHINA BRANDS GROUP,<br><br>    Respondent. | Case No.: 2:24-cv-2759<br><br>**RESPONDENT CHINA BRANDS GROUP'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Central District Local Rule 7.1-1, Respondent China Brands Group ("CBG") or ("Respondent") files this Certificate of Interested Entities or Persons in the above-captioned matter.

The undersigned, counsel of record for China Brands Group certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Petitioner Paul Frank Limited
2. Respondent China Brands Group—there is no parent corporation or any publicly held corporation owning 10% or more of China Brands Group's stock.
3. Grand Union Trading Limited—a signatory to the Master Licensing Agreement and arbitration agreement therein, and also a party to an underlying arbitration, all of which is the subject matter of Paul Frank Limited's Petition to Compel Arbitration.

Dated: April 4, 2024

K&L GATES LLP

By: *Lauren Elvick*
Christina N. Goodrich
Kevin S. Asfour
Lauren E. Elvick

Attorneys for Respondent CHINA BRANDS GROUP

---

2
**RESPONDENT CHINA BRANDS GROUP'S NOTICE AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1**

318254841.2