JESSICA R. CORPUZ (SBN 279237)
KAVAN J. JEPPSON (SBN 327547)
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**
10250 Constellation Boulevard, Suite 2900
Los Angeles, California 90067
Telephone: (310) 858-7888
Facsimile: (310) 550-7191
jcorpuz@weintraub.com
kjeppson@weintraub.com

Attorneys for Petitioner Paul Frank Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL FRANK LIMITED,<br><br>  Petitioner,<br><br>  v.<br><br>CHINA BRANDS GROUP,<br><br>  Respondent. | Case No. 2:24-cv-2759<br><br>**PETITIONER PAUL FRANK LIMITED'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

{4270573.DOCX:}                               1
PETITIONER PAUL FRANK LIMITED'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

This Corporate Disclosure Statement and Notice of Interested Parties is filed on behalf of Petitioner, Paul Frank Limited ("Paul Frank"), by and through its attorneys, Weintraub Tobin Chediak Coleman Grodin, a Law Corporation, in compliance with the provisions of Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1. Under Rule 7.1, a non-governmental corporate party to an action must file a disclosure statement which either: "(1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation." Fed. R. Civ. P. 7.1.

The undersigned, counsel of record for Paul Frank, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Paul Frank Limited.
2. Futurity Brands Switzerland AG, parent corporation of Paul Frank Limited.
3. China Brands Group.

DATED: April 29, 2024

JESSICA R. CORPUZ
KAVAN J. JEPPSON
**WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION**

/s/ Jessica R. Corpuz
Jessica R. Corpuz
Attorneys for Petitioner Paul Frank Limited