UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-02759-ODW (JCx) | Date | August 15, 2024 |
|---|---|---|---|
| Title | *Paul Frank Limited v. China Brands Group* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                  **In Chambers**

    On July 24, 2024, the Court issued an Order Granting in part and denying in part Defendant China Brand Group's Motion to Dismiss. (ECF No. 13.) The Court ordered Plaintiff Paul Frank Limited ("Paul Frank") to submit a status report to the Court within 90 days as to the status of service of process on China Brand Group. (*Id.*) On August 15, 2024, Paul Frank filed a status report requesting the Court dismiss the current action in its entirety pursuant to Federal Rules of Civil Procedure 4(m) ("Rule 4(m)"). (ECF No. 14.) In its status report, Paul Frank notified the Court that it "does not intend to serve [China Brand Group] with the Petition pursuant to the Hague Service Convention]."

    Accordingly, the Court **DISMISSES** this action without prejudice pursuant to Rule 4(m). *See* Fed. R. Civ. Proc. 4(m). All dates and deadlines are hereby **VACATED**. The Clerk of Court shall close this case.

    **IT IS SO ORDERED.**

                                                                                               :    00

                                                                           Initials of Preparer    SE